

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2014

No. 04-14-00248-CV

**IN THE INTEREST OF A.M.M. AND M.B.L., CHILDREN,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01040
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This accelerated appeal from the termination of appellant's parental rights has been pending since the notice of appeal was filed in the trial court on April 9, 2014. The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). Appellant's brief was filed on July 7, 2014, and appellee's brief was originally due on July 28, 2014. On July 28, 2014, appellee filed a motion requesting a thirty-day extension of time until August 27, 2014. Counsel assures this court that no further extensions of time will be sought.

The request is GRANTED, and appellee is ORDERED to file its brief <u>no later than August 27, 2014</u>. No further extensions of time will be considered.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court